UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES CORNELL, | ) | U.S. District Court No. _____ |
| | ) | |
| Plaintiff, | ) | Removed from |
| | ) | Court of Common Pleas |
| vs. | ) | Wood County |
| | ) | Case No. 2017CV0002 |
| | ) | |
| HILL PARTNERS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **NOTICE OF REMOVAL OF CIVIL ACTION**

Under 28 U.S.C. §§ 1332, 1441, and 1446 and Federal Rule of Civil Procedure 81, Defendant Hill Partners, Inc. ("Hill Partners" or "Defendant"), by its attorneys, removes this action from the Court of Commons Pleas, Wood County, Ohio to the United States District Court for the Northern District of Ohio, Western Division.  In support of its Notice, Defendant states:

1.     On or about January 3, 2017, Plaintiff James Cornell filed his Complaint (attached as Exhibit A) in the Court of Common Pleas, Wood County, Ohio bearing the caption *James Cornell v. Hill Partners, Inc*. and assigned Case No. 2017CV0002 (the "State Court Action").

2.     Defendant was served with a copy of the Complaint by certified mail on June 10, 2017. Thus, under 28 U.S.C. § 1446(b), this Notice of Removal is timely, because it is filed within 30 days of the first date that Defendant received service of the pleadings upon which removal is based.

3. Exhibit A constitutes a copy of all process, pleadings, and orders served upon Defendant in this action to date as required by 28 U.S.C. § 1446(a). No responsive pleading has been filed by Defendant in the State Court Action, and there are no motions filed or pending.

4. This Court has original subject matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a), because the parties are completely diverse and the amount placed in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff's citizenship is determined by his state of domicile at the time this lawsuit was filed, which requires: (a) a physical presence in a state; and (b) an intent to reside in the state indefinitely or the absence of an intention to move elsewhere. *Von Dunser v. Aronoff*, 915 F.2d 1071, 1072 (6th Cir. 1990). Plaintiff alleges in his Complaint that he resides in and is a citizen of the State of Ohio and does not allege any alternative state of citizenship. (Ex. A, ¶ 1.)

6. Defendant is a corporation and its citizenship is determined by its state of incorporation and its principal place of business. 28 U.S.C. § 1332(c)(1). Defendant was incorporated under the laws of North Carolina and it maintains its principal place of business at 2201 South Boulevard, Suite 400, Charlotte, North Carolina 28203.

7. The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff claims that he was discriminated against in violation of O.R.C. § 4112.02. (Ex. A, Count One). Plaintiff alleges that he has sustained wide-ranging economic damages, including loss of past wages and benefits, loss of future wages and benefits, and attorneys' fees. (Ex. A ¶25). Plaintiff's salary at the time that he was terminated was $31,827. Plaintiff also seeks an award of punitive damages and damages for alleged non-economic damages, such as adverse health effects, loss of opportunity to engage in gainful employment, humiliation, embarrassment, loss of reputation and loss of self-esteem. (Ex. A, p 6).

2

US2008 12394487 1

8. This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court by Defendant under 28 U.S.C. § 1441, because this action involves citizens of different States and an amount in controversy exceeding $75,000.

9. Venue is proper in this Court under 28 U.S.C. § 1391(b) because Plaintiff was employed and resided in this judicial district, this Court would have had original jurisdiction over Plaintiff's claims had he elected to file this action initially in the United States District Court, and this court is the District Court for the United States for the district and division embracing the place where the state court action is pending.

10. All prerequisites for removal under 28 U.S.C. § 1441 have been met.

11. By filing this Notice of Removal, Defendant does not waive and hereby expressly reserves the right to assert any defense or motion available.

12. Promptly after filing this Notice of Removal, written notice of removal will be given to the Plaintiff through his attorney of record in the State Court Action and to the Clerk of Court in the State Court Action, as required by 28 U.S.C. § 1446(d), and as verified by the attached certificate of service.

WHEREFORE, Defendant Hill Partners respectfully gives notice of the removal of this action to this Court and requests that this Court immediately assume jurisdiction over this matter for all further proceedings.

US2008 12394487 1

Dated:    February 7, 2017                     Respectfully submitted,

                                               */s/ Renisa A. Dorner*
                                               Renisa A. Dorner (0040192)
                                               SPENGLER NATHANSON P.L.L.
                                               Four SeaGate, Suite 400
                                               Toledo, Ohio 43604
                                               (419) 241-2201 – Telephone
                                               (419) 241-8599 – Fax
                                               rdorner@snlaw.com

                                               Of counsel:

                                               Randall D. Avram (N.C. State Bar No. 13403)
                                               Jennifer Rasile Everitt (N.C. State. Bar No. 42374)
                                               KILPATRICK TOWNSEND AND STOCKTON,
                                               LLP
                                               4208 Six Forks Road, Suite 1400
                                               Raleigh, NC 27609
                                               Ph. (919) 420-1700
                                               Fax (919) 420-1800
                                               ravram@kilpatricktownsend.com
                                               jeveritt@kilpatricktownsend.com

                                               (*Applications for Admissions Forthcoming)*

4

US2008 12394487 1

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, a copy of the foregoing Notice of Removal of Civil Action to be electronically filed with the Clerk of the court using the ECF system and served via U.S. Mail upon all parties to this action by depositing said copy in a depository of the United States Postal Service, first-class, postage prepaid, addressed as shown below:

Clerk of the Court
Wood County
Court of Common Pleas
One Courthouse Square
Second Floor
Bowling Green, OH 43402
clerkofcourts@co.wood.oh.us

John D. Franklin
Diana Robinson
405 Madison Ave., Suite 1550
Toledo, Ohio 43604
Attorneys for Plaintiff

*/s/ Renisa A Dorner* _____
Attorney for Defendant

US2008 12394487 1